**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CHRISTY MATTHEWS, | : | CASE NO. 3:24-cv-01869-OAW |
| Plaintiff, | : | |
| v. | : | |
| WISP, INC., | : | |
| Defendant. | : | APRIL 10, 2025 |

## **STIPULATION OF DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff, CHRISTY MATTHEWS, by and through his undersigned counsel, submits this Voluntary Dismissal of Action with Prejudice. The Parties have agreed to amicably resolve any and all claims by the Plaintiff against Defendant in this action and Plaintiff has authorized his undersigned counsel to consent and agree to dismiss the instant action with prejudice to Plaintiff. No award of attorney's fees, costs and/or disbursements will be awarded to any Party by the Court.

THE PLAINTIFF,

By: _____/s/_____
   Michael C. McMinn (#*ct27169*)
   **THE MCMINN EMPLOYMENT**
   **LAW FIRM, LLC**
   1000 Lafayette Blvd., Suite 1100
   Bridgeport, CT 06604
   Tel: (203) 683-6007
   Fax: (203) 680-9881
   michael@mcminnemploymentlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2025, I electronically transmitted the foregoing document to the Clerk's office using the ECF System for filing and transmittal of a Notice of Electronic filing to all parties of record.

/s/
_____

Michael C. McMinn